# UNITED STATES DISTRICT COURT
# THE SOUTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

| | | |
|---|---|---|
| **PAUL CAREY, individually,** | * | **CIVIL ACTION** |
| **as next friend, and on behalf** | * | |
| **of his children, PAUL CAREY AND** | * | |
| **CHRISTINE CAREY** | * | **NO:  4:05-cv-90** |
| | * | |
| **VERSUS** | * | |
| | * | **SECTION:** |
| **HARD ROCK CAFÉ** | * | |
| **INTERNATIONAL, INC. d/b/a** | * | |
| **HARD ROCK BEACH CLUB** | * | |
| **a/k/a HARD ROCK CAFÉ** | * | **MAGISTRATE:** |
| **INTERNATIONAL (STP), INC.;** | * | |
| **THE ESTATE OF KEVIN HENDON;** | * | |
| **RENEE STOELTJE, GLEN QUINN,** | * | |
| **and JOHN DOE'S 1 – 10** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

This Civil Action having come on to be heard upon the Stipulation of Dismissal with Prejudice signed by counsel for Plaintiff and counsel for Defendants Hard Rock Café, International, Inc., d/b/a Hard Rock Beach Club a/k/a Hard Rock Café International (STP), Inc., Renee Stoeltje and Glen Quinn, and the Court being advised that this action and all claims herein have been fully and finally compromised and settled and that this action should be dismissed with prejudice:

IT IS THEREFORE, HEREBY ORDERED AND ADJUDGED that this Civil Action has been fully and finally compromised and settled; this Civil Action should be finally dismissed with prejudice; and each party shall pay their own costs.

ORDERED AND ADJUDGED ON THIS, the 2nd day of August, 2006.

/s/ Tom S. Lee
U.S. DISTRICT COURT JUDGE

READ, AGREED AND APPROVED:

*s/ Glen Till, Jr.*

_____
Counsel for Plaintiffs

*s/ Rick Norton*

_____
Counsel for Defendants